ALTA F. TAYLOR et al., Respondents, v. STATE OF NEW YORK, Appellant.— The State has appealed from a judgment of the Court of Claims awarding claimants the sum of $2,250 for damage to their property because of the overflowing of Kinderhook Creek. The only issue in the case is whether or not the State was guilty of negligence in the construction and maintenance of the new bridge erected across the creek in 1928 at East Nassau. Questions of fact only are involved. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ.

CHARLES QUILLMAN, Respondent, v. SPECIALTY INSULATION MANUFACTURING COMPANY, INC., Appellant.— Appeal from an order of the Broome Special Term which denied a motion to change the place of trial from Broome to Rensselaer County. Order unanimously affirmed, with $10 costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of HOWARD PEEK, Petitioner, against TOWN OF ROTTERDAM et al., Respondents.— This is a review under article 78 of the Civil Practice Act of a determination of the town board of the town of Rotterdam dismissing petitioner from his employment as a motor vehicle operator. The board found that petitioner refused to obey the order of his superior, the town superintendent of highways, to perform work in the removal of snow on the night of December 20, 1946. A snow storm was in process, and an emergency existed which required the employees of the town to keep the roads open for traffic. Petitioner's only reason for refusing to work was he had already worked eight hours on the day in question and could not be compelled to perform further service. The proof sustains the determination of the town board. Determination unanimously confirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.